# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Rose Mary Morrison | : : : | Chapter 13  No. 18-13736 |

**AMENDED ORDER**

Upon consideration of the Application for Compensation and Reimbursement of Expenses for the Law Offices of Anthony A. Frigo, Anthony A. Frigo, Esquire, counsel for Debtors (the "Application"), and upon Counsel for Debtors' request to retain jurisdiction at the Motion to Dismiss hearing on February 12, 2019, IT IS ORDERED THAT:

1. The case is dismissed.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtors or any other entity pending further order of this court.

3. A hearing shall be held on March 19, 2019, at 11:00 AM in Bankruptcy Courtroom No. 4, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtors shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before March 5, 2019.

**Date: February 25, 2019**

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

cc:   Anthony A. Frigo, Esquire
175 Strafford Ave.
Suite One
Wayne, PA 19087

Rose Mary Morrison
3 Dove Circle
Fairless Hills, PA 19030

William C. Miller, Esquire
Chapter 13 Standing Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107